UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| SCHOFFSTALL FARM, LLC | : | CASE NO. 1:24-bk-01219-HWV |
| | : | |
| | : | |
| DEBTOR | : | |

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Lisa A. Rynard, Esquire
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754

Business Phone: (570) 505-3289
E-Mail: larynard@larynardlaw.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

                                        ANDREW R. VARA
                                        UNITED STATES TRUSTEE
                                        REGIONS 3 and 9

By:    /s/ D. Troy Sellars
           D. Troy Sellars, Esq.
           Assistant United States Trustee
           PA ID 210302
           Office of the United States Trustee
           Sylvia H. Rambo United States Courthouse
           1501 North 6th Street, Box 302
           Harrisburg, PA 17102
           Tel. (717) 221-4515 / Fax (717) 221-4554
           Email: D.Troy.Sellars@usdoj.gov

Dated: May 15, 2024