# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Schoffstall Farm, LLC, aka Spring Gate, aka Spring Gate Vineyard, dba Spring Gate Winery, dba Spring Gate Brewery, | Chapter 11 |
| | Case No. 1:24–bk–01219–HWV |
| **Debtor 1** | |

### Subchapter V Scheduling Order and Notice

Upon consideration of the voluntary petition filed in the above–captioned case, and it appearing that the Debtor has chosen to proceed under Subchapter V of Chapter 11, it is

**ORDERED** as follows:

1. In accordance with 11 U.S.C § 1188 (c), not later than **July 2, 2024**, the Debtor shall file with the Court and serve on the Trustee and all parties in interest, a report that details the efforts the Detor has undertaken and will undertake to attain a consensual plan of reorganization.

2. A Status Conference pursuant to 11 U.S.C § 1188(a) will be held:

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: July 16, 2024<br>Time: 09:30 AM |

3. Pursuant to 11 U.S.C § 1189(b), the Debtor shall file a plan of reorganization not later than **August 12, 2024**.

4. The Debtor shall file a Motion to Set Claims Bar Date within 30 days of filing the petition.

5. The Debtor shall serve a copy of this Order on all creditors, parties in interest, and the United States Trustee within three (3) days of the entry of this Order and file proof of service with the Court no later than seven (7) days from the entry of this Order.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 15, 2024

orstatV(03/23)