# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 5/15/2024 |
| Case: 1:24−bk−01219−HWV | Form ID: orstatV | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| aty | Joseph P Schalk | joseph.schalk@usdoj.gov |
| aty | Robert E Chernicoff | rec@cclawpc.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Schoffstall Farm, LLC | 5790 Devonshire Road | Harrisburg, PA 17112 | |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | |
| smg | Securities and Exchange Commission | 3 World Financial Center | New York, NY 10281 | |

TOTAL: 3