# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Schoffstall Farm, LLC,
aka Spring Gate, aka Spring Gate Vineyard, dba Spring Gate Winery, dba Spring Gate Brewery,

**Debtor 1**

Chapter     11

Case No.     1:24–bk–01219–HWV

## Instructions for Serving Documents

You are required to serve the attached document and file a Certificate of Service that conforms with Local Rule 9013–3. Failure to file a Certificate of Service in a timely fashion may result in postponing the matter at issue.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 15, 2024 |

ntserv (05/22)