# Notice Recipients

District/Off: 0314–1　　　　User: AutoDocketer　　　　Date Created: 5/15/2024
Case: 1:24–bk–01219–HWV　　Form ID: ntserv　　　　　Total: 3

**Recipients of Notice of Electronic Filing:**
ust　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
aty　　Joseph P Schalk　　　　joseph.schalk@usdoj.gov
aty　　Robert E Chernicoff　　rec@cclawpc.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3