# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–1 | User: AutoDocketer | Date Created: 5/16/2024 |
| Case: 1:24–bk–01219–HWV | Form ID: 309F2 | Total: 61 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Schoffstall Farm, LLC | 5790 Devonshire Road	Harrisburg, PA 17112 |
| ust | United States Trustee | US Courthouse	1501 N. 6th St	Harrisburg, PA 17102 |
| tr | Lisa Ann Rynard | Law Office of Lisa A. Rynard	(Trustee)	240 Broad Street	Montoursville, PA 17754 |
| aty | Joseph P Schalk | DOJ–Ust	1501 N. 6th Street	Box 302	Harrisburg, PA 17102 |
| aty | Robert E Chernicoff | Cunningham and Chernicoff PC	2320 North Second Street	Harrisburg, PA 17110 |
| smg | Internal Revenue Service | PO Box 7346	Philadelphia, PA 19101–7346 |
| 5617211 | 21 Brix Winery | 6654 WEst Main Road	Portland, NY 14769 |
| 5617212 | Ally Financial | P.O. Box 380902	Minneapolis, MN 55438–0902 |
| 5617213 | AmeriGas Propane LP | P.O. Box 371473	Pittsburgh, PA 15250–7473 |
| 5617214 | Anne Marie Laban, Tax Collector | 4919–C Jonestown Road	Harrisburg, PA 17109 |
| 5617215 | Arcona Road Properties II, LP | 322 N Arch Street	Lancaster, PA 17603 |
| 5617216 | BMI | 250 Greenwich Street	New York, NY 10007–0030 |
| 5617217 | Brenda Pickney | 4422 Pinewood Court	Harrisburg, PA 17112 |
| 5617218 | Bruce McCracken | 3064 Bricker Road	Manheim, PA 17545 |
| 5617219 | Buckeye Corrugated Inc. | P.O. Box 412203	Boston, MA 02241–2203 |
| 5617220 | Bureau of Employer Tax Operations | Labor & Industry Building	651 Boas Street, Room 702	Harrisburg, PA 17106 |
| 5617225 | CNH Industrial Capital America | 500 Diller Avenue	New Holland, PA 17557 |
| 5617226 | CNH Industrial Capital America | P.O. Box 71264	Philadelphia, PA 19176–6264 |
| 5617221 | Cathy GoLightly | 615 Wynnewood Road	Ardmore, PA 19003 |
| 5617222 | Central Leasing | 1400 Preston Road	Suite 115	Plano, TX 75093 |
| 5617223 | Channel Partners | 10900 Wayzata Blvd	Suite 300	Minnetonnka, MN 55305 |
| 5617224 | Charter Homes | 322 N Arch Street	Lancaster, PA 17603 |
| 5617227 | Country Malt | P.O. Box 51602	Los Angeles, CA 90051 |
| 5617230 | DLL Finance LLC | P.O. Box 14535	Des Moines, IA 50306–3535 |
| 5617228 | David Krenkle | 1380 James Way	Mt. Joy, PA 17582 |
| 5617229 | Diane Schoffstall | 5790 Devonshire Road	Harrisburg, PA 17112 |
| 5617231 | Evan Schoffstall | 304 S 31st Street	Harrisburg, PA 17109 |
| 5617232 | Fulton Bank | P.O. Box 790408	Saint Louis, MO 63179 |
| 5617233 | HBK CPA's & Consultants | 200 N Warner Road, #210	King of Prussia, PA 19406 |
| 5617234 | Home Depot | P.O. Box 790420	Saint Louis, MO 63179 |
| 5617235 | Horizon Farm Credit | 15 Eby Chiques Road	Mount Joy, PA 17552 |
| 5617236 | Internal Revenue Service | Centralized Insolvency Operations	PO Box 7346	Philadelphia, PA 19101–7346 |
| 5617237 | John King | 85 Beattys Tollgate Road	Marietta, PA 17547 |
| 5617238 | Leaf Capital Funding | P.O. Box 5066	Hartford, CT 06102–5066 |
| 5617239 | Linde Gas and Equipment | P.O. Box 382000	Pittsburgh, PA 15250 |
| 5617240 | Lower Paxton Township Authority | 5993 Locust Lane	Harrisburg, PA 17109 |
| 5617242 | Martin L. Schoffstall | 5790 Devonshire Road	Harrisburg, PA 17112 |
| 5617241 | Martin L. Schoffstall | Childrens Trust	5790 Devonshire Road	Harrisburg, PA 17112 |
| 5617243 | Marvin Schoffstall | 55 Presidents Drive	Mechanicsburg, PA 17050 |
| 5617244 | Mitsubishi Capital | 21925 Network Place	Chicago, IL 60673–1219 |
| 5617245 | Motion Picture Licensing Corp | 5140 W Goldleaf Circle, Suite 103	Los Angeles, CA 90056 |
| 5617246 | Office of Attorney General | Financial Enforcement Section	Strawberry Square, 15th Floor	Harrisburg, PA 17120 |
| 5617247 | Office of the United States Trustee | 1501 North 6th Street	Harrisburg, PA 17102 |
| 5617248 | PA Department of Revenue | Bureau of Compliance – Bankruptcy	P.O. Box 280946	Harrisburg, PA 17128–0946 |
| 5617249 | PPL Electric Utilities | P.O. Box 25222	Lehigh Valley, PA 18002–0522 |
| 5617250 | Roberts Oxygen | P.O. Box 5509	Rockville, MD 20855 |
| 5617251 | Ross McCracken | 327 Cambridge Lane	Lititz, PA 17543–1364 |
| 5617256 | SML Outdoor Living Experts | 4075 Linglestown Road, #366	Harrisburg, PA 17112 |
| 5617252 | Schoffstall Associates | 5790 Devonshire Road	Harrisburg, PA 17112 |
| 5617253 | Securities & Exchange Commission | 100 Pearl Street, Suite 20–100	New York, NY 10004–2616 |
| 5617255 | Small Business Administration | Office of General Counsel	409 3rd Street, SW	Washington, DC 20416 |
| 5617254 | Small Business Administration | P.O. Box 3918	Portland, OR 97208 |
| 5617257 | Suzanne Conaboy Scanlon, Esquire | Middle District of Pennsylvania	P.O. Box 309	Scranton, PA 18501 |
| 5617258 | Targeted Lease Capital LLC | 5500 Main Street	Suite 300	Williamsville, NY 14221 |
| 5617259 | Tucker Arensburg | 1500 One PPG Place	Pittsburgh, PA 15222 |
| 5617260 | U.S. Department of Justice | P.O. Box 277	Ben Franklin Station	Washington, DC 20044 |
| 5617261 | UGI Utilities | P.O. Box 15523	Wilmington, DE 19886–5523 |
| 5617262 | United States Attorney | The Sylvia H. Rambo U.S. Courthouse	1501 North 6th Street	Harrisburg, PA 17102 |
| 5617263 | Waterloo Container Company | 2311 Route 414	P.O. Box 262	Waterloo, NY 13165 |
| 5617264 | Welch Foods Inc. | 1 Citizens Drive	Riverside, RI 02915 |

5617265   White Labs   9495 Candida Street   San Diego, CA 92126

TOTAL: 61