# Notice Recipients

District/Off: 0314−1               User: AutoDocketer            Date Created: 5/16/2024

Case: 1:24−bk−01219−HWV            Form ID: tele11                Total: 58

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Lisa Ann Rynard | larynard@larynardlaw.com |
| aty | Robert E Chernicoff | rec@cclawpc.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Schoffstall Farm, LLC | 5790 Devonshire Road | Harrisburg, PA 17112 |
| 5617211 | 21 Brix Winery | 6654 WEst Main Road | Portland, NY 14769 |
| 5617212 | Ally Financial | P.O. Box 380902 | Minneapolis, MN 55438−0902 |
| 5617213 | AmeriGas Propane LP | P.O. Box 371473 | Pittsburgh, PA 15250−7473 |
| 5617214 | Anne Marie Laban, Tax Collector | 4919−C Jonestown Road | Harrisburg, PA 17109 |
| 5617215 | Arcona Road Properties II, LP | 322 N Arch Street | Lancaster, PA 17603 |
| 5617216 | BMI | 250 Greenwich Street | New York, NY 10007−0030 |
| 5617217 | Brenda Pickney | 4422 Pinewood Court | Harrisburg, PA 17112 |
| 5617218 | Bruce McCracken | 3064 Bricker Road | Manheim, PA 17545 |
| 5617219 | Buckeye Corrugated Inc. | P.O. Box 412203 | Boston, MA 02241−2203 |
| 5617220 | Bureau of Employer Tax Operations | Labor & Industry Building | 651 Boas Street, Room 702   Harrisburg, PA 17106 |
| 5617225 | CNH Industrial Capital America | 500 Diller Avenue | New Holland, PA 17557 |
| 5617226 | CNH Industrial Capital America | P.O. Box 71264 | Philadelphia, PA 19176−6264 |
| 5617221 | Cathy GoLightly | 615 Wynnewood Road | Ardmore, PA 19003 |
| 5617222 | Central Leasing | 1400 Preston Road | Suite 115   Plano, TX 75093 |
| 5617223 | Channel Partners | 10900 Wayzata Blvd | Suite 300   Minnetonnka, MN 55305 |
| 5617224 | Charter Homes | 322 N Arch Street | Lancaster, PA 17603 |
| 5617227 | Country Malt | P.O. Box 51602 | Los Angeles, CA 90051 |
| 5617230 | DLL Finance LLC | P.O. Box 14535 | Des Moines, IA 50306−3535 |
| 5617228 | David Krenkle | 1380 James Way | Mt. Joy, PA 17582 |
| 5617229 | Diane Schoffstall | 5790 Devonshire Road | Harrisburg, PA 17112 |
| 5617231 | Evan Schoffstall | 304 S 31st Street | Harrisburg, PA 17109 |
| 5617232 | Fulton Bank | P.O. Box 790408 | Saint Louis, MO 63179 |
| 5617233 | HBK CPA's & Consultants | 200 N Warner Road, #210 | King of Prussia, PA 19406 |
| 5617234 | Home Depot | P.O. Box 790420 | Saint Louis, MO 63179 |
| 5617235 | Horizon Farm Credit | 15 Eby Chiques Road | Mount Joy, PA 17552 |
| 5617236 | Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346   Philadelphia, PA 19101−7346 |
| 5617237 | John King | 85 Beattys Tollgate Road | Marietta, PA 17547 |
| 5617238 | Leaf Capital Funding | P.O. Box 5066 | Hartford, CT 06102−5066 |
| 5617239 | Linde Gas and Equipment | P.O. Box 382000 | Pittsburgh, PA 15250 |
| 5617240 | Lower Paxton Township Authority | 5993 Locust Lane | Harrisburg, PA 17109 |
| 5617242 | Martin L. Schoffstall | 5790 Devonshire Road | Harrisburg, PA 17112 |
| 5617241 | Martin L. Schoffstall | Childrens Trust   5790 Devonshire Road | Harrisburg, PA 17112 |
| 5617243 | Marvin Schoffstall | 55 Presidents Drive | Mechanicsburg, PA 17050 |
| 5617244 | Mitsubishi Capital | 21925 Network Place | Chicago, IL 60673−1219 |
| 5617245 | Motion Picture Licensing Corp | 5140 W Goldleaf Circle, Suite 103 | Los Angeles, CA 90056 |
| 5617246 | Office of Attorney General | Financial Enforcement Section | Strawberry Square, 15th Floor   Harrisburg, PA 17120 |
| 5617247 | Office of the United States Trustee | 1501 North 6th Street | Harrisburg, PA 17102 |
| 5617248 | PA Department of Revenue | Bureau of Compliance – Bankruptcy | P.O. Box 280946   Harrisburg, PA 17128−0946 |
| 5617249 | PPL Electric Utilities | P.O. Box 25222 | Lehigh Valley, PA 18002−0522 |
| 5617250 | Roberts Oxygen | P.O. Box 5509 | Rockville, MD 20855 |
| 5617251 | Ross McCracken | 327 Cambridge Lane | Lititz, PA 17543−1364 |
| 5617256 | SML Outdoor Living Experts | 4075 Linglestown Road, #366 | Harrisburg, PA 17112 |
| 5617252 | Schoffstall Associates | 5790 Devonshire Road | Harrisburg, PA 17112 |
| 5617253 | Securities & Exchange Commission | 100 Pearl Street, Suite 20−100 | New York, NY 10004−2616 |
| 5617255 | Small Business Administration | Office of General Counsel | 409 3rd Street, SW   Washington, DC 20416 |
| 5617254 | Small Business Administration | P.O. Box 3918 | Portland, OR 97208 |
| 5617257 | Suzanne Conaboy Scanlon, Esquire | Middle District of Pennsylvania | P.O. Box 309   Scranton, PA 18501 |
| 5617258 | Targeted Lease Capital LLC | 5500 Main Street | Suite 300   Williamsville, NY 14221 |
| 5617259 | Tucker Arensburg | 1500 One PPG Place | Pittsburgh, PA 15222 |
| 5617260 | U.S. Department of Justice | P.O. Box 277 | Ben Franklin Station   Washington, DC 20044 |
| 5617261 | UGI Utilities | P.O. Box 15523 | Wilmington, DE 19886−5523 |
| 5617262 | United States Attorney | The Sylvia H. Rambo U.S. Courthouse | 1501 North 6th Street   Harrisburg, PA 17102 |
| 5617263 | Waterloo Container Company | 2311 Route 414 | P.O. Box 262   Waterloo, NY 13165 |
| 5617264 | Welch Foods Inc. | 1 Citizens Drive | Riverside, RI 02915 |

5617265    White Labs    9495 Candida Street    San Diego, CA 92126

TOTAL: 56