# Notice Recipients

District/Off: 0314−1 | User: AutoDocketer | Date Created: 5/16/2024
Case: 1:24−bk−01219−HWV | Form ID: pdf010 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Robert E Chernicoff     rec@cclawpc.com

TOTAL: 1