# EXHIBIT A

| SpringGate Vineyard & Brewery Monthly | | |
|---|---|---|
| **May 14, 2024** | | |
| **INCOME/CASH** | Estimate $40K/wk | **$160,000** |
| | | |
| | | |
| **EXPENSES/CASH OUT** | | |
| **LOANS** | | |
| Promissory Notes Interest | | $5,410.00 |
| Promissory Notes Interest | | $437.50 |
| Ally | | $1,475.15 |
| Channel Partners | | $1,715.86 |
| Leaf | | $922.08 |
| Leaf | | $1,414.92 |
| | | **$11,375.51** |
| **UTILITIES** | | |
| UGI | | $411.73 |
| | | $1,500.00 |
| PPL | | $2,400.00 |
| | | |
| Verizon | | $1,200.00 |
| Verizon Wireless | | $950.00 |
| | | |
| Waste Management | | $900.00 |
| | | |
| Google | | $700.00 |
| | | **$8,061.73** |
| **INSURANCE** | | |
| Berkshire Hathaway (Workers Comp) | | $1,801.00 |
| Cincinnati Insurance | | $4,761.00 |
| Cincinnati Insurance | | $1,825.00 |
| Cyber Insurance | | $280.00 |
| | | **$8,667.00** |
| | | |
| | | |
| **SUPPLIES, MUSICIANS, DELIVERIES** | | |
| Musicians | | $8,000.00 |
| Music Licenses (Sesac, Ascap, BMI) | | $720.00 |
| Retail Supplies (glasses, cleaning, napkins, water, NA Drinks) | | $9,000.00 |
| Wilsbach (Delivery to Arcona) | | $384.00 |
| Great America Copier Rental | | $140.00 |
| Colony Maint Printer | | $180.00 |
| Monthly Excise, Malt Taxes | | $460.00 |
| Production Supplies | | $8,500.00 |

| | | |
|---|---|---|
| Wholesale Fuel | | $1,000.00 |
| Schoffstall Associates | | $2,500.00 |
| Festivals & Events | | $1,000.00 |
| Bravo (Trivia, Bingo, kareoke) | | $3,300.00 |
| Maint Calls, Sponaugle, K&D, Sudz | | $6,100.00 |
| | | |
| | | **$41,284.00** |
| | | |
| **Payroll** | | $90,000.00 |
| PrimePay Fees | | $600.00 |
| | | **$90,600.00** |
| | | |
| **TOTAL MONTHLY EXPENSES** | | **$159,988.24** |
| | | |
| | | |
| **NET CASH FLOW** | | **$11.76** |