IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:24-bk-01219-HWV |
|    SCHOFFSTALL FARM, LLC | : | |
|    d/b/a Spring Gate Winery | : | Chapter 11 |
|    d/b//a Spring Gate Brewery | : |    Subchapter V |
|    a/k/a Spring Gate Vineyard | : | |
|    a/k/a Spring Gate | : | |
| | : | |
|                     Debtor | : | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

      Notice is hereby given that the Debtor, Schoffstall Farm, LLC d/b/a Spring Gate Winery, d/b/a Spring Gate Brewery, a/k/a Spring Gate Vineyard, a/k/a Spring Gate, has filed a Motion for Approval for Debtor to Utilize Cash Collateral. The Debtor has requested that the Court enter an Order permitting the use of cash collateral on an interim basis. Thereafter, the Debtor has requested a final hearing as soon after fourteen (14) days after the date set forth below as is possible.

      The Cash Collateral Motion sets forth that, to the extent that Horizon Farm Credit, ACA ("Horizon"), Fulton Bank ("Fulton"), the Small Business Administration ("SBA") and Leaf Capital Funding LLC ("Leaf") (collectively the "Lenders"), have liens on Cash Collateral, the Lenders are to be granted replacement liens in post-Petition Cash Collateral. In the event it is determined that the Lenders have liens in Cash Collateral, and there is insufficient value in the post-Petition cash collateral, such that there is a diminution in the value of Cash Collateral as same exists on the Petition Date, the Lenders are to have administrative claims having priority over all administrative claims except for fees owed to professionals in this case and to the Office of the United States for any such diminution. If the Debtor is not permitted to utilize cash collateral, the Debtor may not be able to operate which would harm its business. Such denial of the Use of Cash Collateral may also lower the amount received by creditors.

      Unless objections to the Motion are filed by the hearing date scheduled on **May 21, 2024 at 11:30 a.m.** in the United States Bankruptcy Court, Courtroom 4B, 4th Floor, 1501 North 6th Street, Harrisburg, Pennsylvania, the Court may grant the relief requested in the Motion without further hearing. Any party who objects to the Motion must file an objection which conforms to the Rules of Bankruptcy Procedure, and attend any hearing the Court may schedule on the matter. A complete copy of the Motion may be viewed at the Clerk's office at the address set forth below or on the Court's ECF site.

                                                          **CLERK, U.S. BANKRUPTCY COURT**
                                       **THE SYLVIA H. RAMBO US COURTHOUSE**
                                                    **1501 NORTH 6TH STREET**
                                 **BANKRUPTCY COURTROOM 8, 4TH FLOOR**
                                                            **HARRISBURG, PA 17102**

Date: May 16, 2024