IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:24-bk-01219-HWV |
| SCHOFFSTALL FARM, LLC | : | |
| d/b/a Spring Gate Winery | : | Chapter 11 |
| d/b//a Spring Gate Brewery | : | Subchapter V |
| a/k/a Spring Gate Vineyard | : | |
| a/k/a Spring Gate | : | |
| | : | |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky,

P.C. hereby certify that on May 16, 2024, a true and correct copy of the attached **MOTION**

**FOR APPROVAL FOR DEBTOR TO UTILIZE CASH COLLATERAL AND**

**ACCOMPANYING NOTICE** was served via electronic means through the Court's ECF

filing system and/or by first-class mail, postage prepaid, unless otherwise noted, as follows:

Joseph P. Schalk, Esquire
Office of the United States Trustee
Middle District of Pennsylvania
1501 North 6th Street, Box 302
Harrisburg, PA 17102

Lisa A. Rynard, Esquire
240 Broad Street
Montoursville, PA 17754

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Securities Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

Small Business Administration
Attn: Office of General Counsel
409 3rd Street, S.W.
Washington, DC 20416

Robert W. Williamson
Small Business Administration
660 American Avenue, Suite 301
King of Prussia, PA 19406

| | |
|---|---|
| Office of Attorney General | Steven J. Adams, Esquire |
| Financial Enforcement Section | Stevens & Lee |
| Strawberry Square, 15th Floor | 111 N. Sixth Street |
| Fourth & Walnut Streets | Reading, PA 19601 |
| Harrisburg, PA 17120 | (sja@stevenslee.com) |
| | (Horizon Farm Credit) |
| U.S. Attorney | |
| 1501 North 6th Street | Harrison F. Shipp, VP |
| Harrisburg, PA 17102 | Fulton Bank |
| PA Department of Revenue | 212 Locust Street, 6th Floor |
| Bureau of Compliance | Harrisburg, PA 17101 |
| Bankruptcy Division | (hshipp@fultonbank.com) |
| P.O. Box 280946 | |
| Harrisburg, PA 17128-0946 | CNH Industrial Capital America |
| | 500 Diller Avenue |
| Suzanne Conaboy Scanlon | New Holland, PA 17557 |
| AUSA Middle District of | (866 585 0286 – facsimile) |
| Pennsylvania | |
| 235 N Washington Avenue | Leaf Capital Funding |
| P.O. Box 309 | 2005 Market Street, 14th Floor |
| Scranton, PA 18501 | Philadelphia, PA 19103 |
| | (267 675 5750 – facsimile) |

I further certify that on May 16, 2024, a true and correct copy of the **NOTICE REGARDING THE MOTION FOR APPROVAL FOR DEBTOR TO UTILIZE CASH COLLATERAL** was served by electronic means and/or first-class mail, postage prepaid on the following:

### SEE ATTACHED LIST

s/ *Joanne M Bartley*
Joanne M. Bartley
Assistant to Robert E. Chernicoff, Esquire

21 Brix Winery
6654 West Main Road
Portland, NY 14769-9621

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438-0902

AmeriCas Propane LP
P.O. Box 371473
Pittsburgh, PA 15250-7473


Anne Marie Laban
Tax Collector
4919-C Jonestown Road
Harrisburg, PA 17109-1758

Arcona Road Properties II, LP
Charter Homes
322 N Arch Street
Lancaster, PA 17603-2991

BMI
250 Greenwich Street
New York, NY 10007-2140


Brenda Pickney
4422 Pinewood Court
Harrisburg, PA 17112-1572

Bruce McCracken
3064 Bricker Road
Manheim, PA 17545-9644

Buckeye Corrugated Inc.
P.O. Box 412203
Boston, MA 02241-2203


Bureau of Employer Tax Operations
Labor & Industry Building
651 Boas Street, Room 702
Harrisburg, PA 17106

Cathy GoLightly
615 Wynnewood Road
Ardmore, PA 19003-2924

Central Leasing
1400 Preston Road, Suite 115
Plano, TX 75093-5159


Channel Partnes Capital LLC
Legal Department
1111 E College Drive, Suite 200
Marshall, MN 56258-1968

CNH Industrial Capital America
500 Diller Avenue
New Holland, PA 17557-9301

CNH Industrial Capital America
P.O. Box 71264
Philadelphia, PA 1176-6264


Country Malt
P.O. Box 51602
Los Angeles, CA 90051-5902

David Krenkle
1380 James Way
Mt. Joy, PA 17552-7263

Diane Schoffstall
5790 Devonshire Road
Harrisburg, PA 17112-3508


DLL Finance LLC
P.O. Box 14535
Des Moines, IA 50306-3535

Evan Schoffstall
304 S 31st Street
Harrisburg, PA 17109-5701

Fulton Bank
P.O. Box 790408
St. Louis, MO 63179-0408


HBK CPA's & Consultants
200 N Warner Road, #210
King of Prussia, PA 19406-2842

Home Depot
P.O. Box 790420
St. Louis, MO 63179-0420

Horizon Farm Credit
15 Eby Chiques Road
Mt. Joy, PA 17552-9317


Internal Revenue Service
Centralized Insolvency Section
P.O. Box 7346
Philadelphia, PA 19101-7346

John King
85 Beattys Tollgate Road
Marietta, PA 17547-9301

Leaf Capital Funding
P.O. Box 5066
Hartford, CT 06102-5066


Linde Gas and Equipment
P.O. Box 382000
Pittsburgh, PA 15250-0001

Lower Paxton Township Authority
5993 Locust Lane
Harrisburg, PA 17109-5629

Martin L. Schoffstall Childrens Trust
5790 Devonshire Road
Harrisburg, PA 17112-3508

| | | |
|---|---|---|
| Marvin Schoffstall<br>55 Presidents Drive<br>Mechanicsburg, PA 17050-7958 | Mitsubishi Capital<br>21925 Network Place<br>Chicago, IL 60673-1219 | Motion Picture Licensing Corp.<br>5140 W Goldleaf Circle, Suite 103<br>Los Angeles, CA 90056-3226 |
| PA Department of Revenue<br>Bureau of Compliance-Bankruptcy<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | PA Office of Attorney General<br>Financial Enforcement Section<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120-0001 | PPL Electric Utilities<br>P.O. Box 25222<br>Lehigh Valley, PA 18002-5222 |
| Roberts Oxygen<br>P.O. Box 5509<br>Rockville, MD 20855-0509 | Ross McCracken<br>327 Cambridge Lane<br>Lititz, PA 17543-1364 | Schoffstall Associates<br>5790 Devonshire Road<br>Harrisburg, PA 17112-3508 |
| Securities & Exchange Commission<br>100 Pearl Street,  Suite 20-100<br>New York, NY 10004-6024 | Small Business Administration<br>Office of General Counsel<br>409 3rd Street, SW<br>Washington, DC 20416-0011 | Small Business Administration<br>P.O. Box 3918<br>Portland, OR 97208-3918 |
| SML Outdoor Living Experts<br>4075 Linglestown Road, #366<br>Harrisburg, PA 17112-1020 | Suzanne Conaboy Scanlon, Esquire<br>Middle District of PA<br>P.O. Box 309<br>Scranton, PA 18501-0309 | Targeted Lease Capital LLC<br>5500 Main Street, Suite 300<br>Williamsville, NY 14221-6753 |
| Tucker Arensburg<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 | U.S. Department of Justice<br>P.O. Box 277<br>Ben Franklin Station<br>Washington, DC 20044-0277 | UGI Utiltiies Inc.<br>Credit & Collections<br>P.O. Box 13009<br>Reading, PA 19612-3009 |
| United States Attorney<br>Sylvia H. Rambo US Courthouse<br>1501 N 6th Street<br>Harrisburg, PA 17102-1104 | United States Trustee<br>Sylvia H. Rambo US Courthouse<br>1501 N 6th Street<br>Harrisburg, PA 17102-1104 | Waterloo Container Company<br>2311 Route 414<br>P.O. Box 262<br>Waterloo, NY 13165-0262 |
| Welch Foods Inc.<br>1 Citizens Drive<br>Riverside, RI 02915-3026 | White Labs<br>9495 Candida Street<br>San Diego, CA 92126-4541 | |