# EXHIBIT A

# UTILITY ACCOUNTS

## SCHOFFSTALL FARM, LLC
### d/b/a Spring Gate Winery
### d/b/a Spring Gate Brewery
### a/k/a Spring Gate Vineyard
### a/k/a Spring Gate

| Name | Account Nos. | Mailing Address |
|---|---|---|
| Verizon | 655-599-811-0001-64<br>756-840-921-0001-67<br>U0512221<br>756-385-254-0001-37<br>656-255-892-0001-98 | P.O. Box 2800<br>Lehigh Valley, PA 18002 |
| PA American Water | 1024-210044228155<br>1024-210043288888<br>1024-210044226746 | 852 Wesley Drive<br>Mechanicsburg, PA 17055 |
| UGI | 421002649141<br>411011279212<br>411000680412 | P.O. Box 15523<br>Wilmington, DE 19886 |
| Waste Management | 6-21656-52009 | P.O. Box 13648<br>Philadelphia, PA 19101 |
| Veolia Water | 00205265320000 | P.O. Box 371804<br>Pittsburgh, PA 15250 |
| Lower Paxton Township | 113608000.98<br>106139020.98<br>106145010.98<br>107796010.98 | 425 Prince Street<br>Harrisburg, PA 17109 |