IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:24-bk-01219-HWV |
|   SCHOFFSTALL FARM, LLC | : | |
|   d/b/a Spring Gate Winery | : | Chapter 11 |
|   d/b//a Spring Gate Brewery | : |    Subchapter V |
|   a/k/a Spring Gate Vineyard | : | |
|   a/k/a Spring Gate | : | |
| | : | |
|                   Debtor | : | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

     Notice is hereby given that the Debtor, Schoffstall Farm, LLC d/b/a Spring Gate Winery, d/b/a Spring Gate Brewery, a/k/a Spring Gate Vineyard, a/k/a Spring Gate, has filed a Motion for Entry of Interim and Final Order Providing for Adequate Assurance of Payment for Future Utility Services.

     Unless objections to the Motion are filed by the hearing date scheduled on **May 21, 2024, at 11:30 a.m.,** in the United States Bankruptcy Court, The Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Courtroom 4B, 4th Floor, Harrisburg, Pennsylvania, the Court may grant the relief requested in the Motion without further hearing. Any party who objects to the Motion must file an objection which conforms to the Rules of Bankruptcy Procedure, and attend any hearing the Court may schedule on the matter. A complete copy of the Motion may be viewed at the Clerk's office at the address set forth below or on the Court's ECF site.

                                                           **CLERK, U.S. BANKRUPTCY COURT**
                                              **THE SYLVIA H. RAMBO US COURTHOUSE**
                                                           **1501 NORTH 6TH STREET**
                                        **BANKRUPTCY COURTROOM 8, 4TH FLOOR**
                                                         **HARRISBURG, PA 17102**

Date: May 16, 2024