IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:24-bk-01219-HWV |
|    SCHOFFSTALL FARM, LLC | : | |
|    d/b/a Spring Gate Winery | : | Chapter 11 |
|    d/b//a Spring Gate Brewery | : |     Subchapter V |
|    a/k/a Spring Gate Vineyard | : | |
|    a/k/a Spring Gate | : | |
| | : | |
|                  Debtor | : | |

## CERTIFICATE OF SERVICE

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on April 21, 2023, a true and correct copy of the attached **MOTION OF THE DEBTOR FOR ENTRY OF INTERIM AND FINAL ORDER PROVIDING FOR ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND ACCOMPANYING NOTICE** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, unless otherwise noted, as follows:

Joseph P. Schalk, Esquire
Office of the United States Trustee
Middle District of Pennsylvania
1501 North 6th Street, Box 302
Harrisburg, PA 17102

PA Department of Revenue
Bureau of Compliance
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Lisa A. Rynard, Esquire
240 Broad Street
Montoursville, PA 17754

U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Securities Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Fourth & Walnut Streets
Harrisburg, PA 17120

Small Business Administration
Attn: Office of General Counsel
409 3rd Street, S.W.
Washington, DC 20416

| | |
|---|---|
| United States Attorney<br>1501 North 6th Street<br>Harrisburg, PA 17102 | UGI<br>P.O. Box 15523<br>Wilmington, DE 19886<br>(customercare@ugies.com) |
| Robert W. Williamson<br>Small Business Administration<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406 | Waste Management<br>P.O. Box 13648<br>Philadelphia, PA 19101 |
| Suzanne Conaboy Scanlon<br>AUSA Middle District of Pennsylvania<br>235 N Washington Avenue<br>P.O. Box 309<br>Scranton, PA 18501 | Veolia Water<br>P.O. Box 371804<br>Pittsburgh, PA 15250<br>(cspa@veolia.com) |
| Verizon<br>P.O. Box 2800<br>Lehigh Valley, PA 18002<br>(877 789 3130 – facsimile) | Lower Paxton Township<br>425 Prince Street<br>Harrisburg, PA 17109<br>(717-724-8312 – facsimile) |
| PA American Water<br>852 Wesley Drive<br>Mechanicsburg, PA 17055<br>(618 433 4677 – facsimile) | |

    I further certify that on April 21, 2023, a true and correct copy of the **NOTICE REGARDING THE MOTION OF THE DEBTOR FOR ENTRY OF INTERIM AND FINAL ORDER PROVIDING FOR ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES** was served by electronic means and/or first-class mail, postage prepaid on the following:

**SEE ATTACHED LIST**

                                                  s/ *Joanne M Bartley*
                                                Joanne M. Bartley
                                                Assistant to Robert E. Chernicoff, Esquire

21 Brix Winery  
6654 West Main Road  
Portland, NY 14769-9621

Ally Financial  
P.O. Box 380902  
Minneapolis, MN 55438-0902

AmeriCas Propane LP  
P.O. Box 371473  
Pittsburgh, PA 15250-7473

Anne Marie Laban  
Tax Collector  
4919-C Jonestown Road  
Harrisburg, PA 17109-1758

Arcona Road Properties II, LP  
Charter Homes  
322 N Arch Street  
Lancaster, PA 17603-2991

BMI  
250 Greenwich Street  
New York, NY 10007-2140

Brenda Pickney  
4422 Pinewood Court  
Harrisburg, PA 17112-1572

Bruce McCracken  
3064 Bricker Road  
Manheim, PA 17545-9644

Buckeye Corrugated Inc.  
P.O. Box 412203  
Boston, MA 02241-2203

Bureau of Employer Tax Operations  
Labor & Industry Building  
651 Boas Street, Room 702  
Harrisburg, PA 17106

Cathy GoLightly  
615 Wynnewood Road  
Ardmore, PA 19003-2924

Central Leasing  
1400 Preston Road, Suite 115  
Plano, TX 75093-5159

Channel Partnes Capital LLC  
Legal Department  
1111 E College Drive, Suite 200  
Marshall, MN 56258-1968

CNH Industrial Capital America  
500 Diller Avenue  
New Holland, PA 17557-9301

CNH Industrial Capital America  
P.O. Box 71264  
Philadelphia, PA 1176-6264

Country Malt  
P.O. Box 51602  
Los Angeles, CA 90051-5902

David Krenkle  
1380 James Way  
Mt. Joy, PA 17552-7263

Diane Schoffstall  
5790 Devonshire Road  
Harrisburg, PA 17112-3508

DLL Finance LLC  
P.O. Box 14535  
Des Moines, IA 50306-3535

Evan Schoffstall  
304 S 31st Street  
Harrisburg, PA 17109-5701

Fulton Bank  
P.O. Box 790408  
St. Louis, MO 63179-0408

HBK CPA's & Consultants  
200 N Warner Road, #210  
King of Prussia, PA 19406-2842

Home Depot  
P.O. Box 790420  
St. Louis, MO 63179-0420

Horizon Farm Credit  
15 Eby Chiques Road  
Mt. Joy, PA 17552-9317

Internal Revenue Service  
Centralized Insolvency Section  
P.O. Box 7346  
Philadelphia, PA 19101-7346

John King  
85 Beattys Tollgate Road  
Marietta, PA 17547-9301

Leaf Capital Funding  
P.O. Box 5066  
Hartford, CT 06102-5066

Linde Gas and Equipment  
P.O. Box 382000  
Pittsburgh, PA 15250-0001

Lower Paxton Township Authority  
5993 Locust Lane  
Harrisburg, PA 17109-5629

Martin L. Schoffstall Childrens Trust  
5790 Devonshire Road  
Harrisburg, PA 17112-3508

| | | |
|---|---|---|
| Marvin Schoffstall<br>55 Presidents Drive<br>Mechanicsburg, PA 17050-7958 | Mitsubishi Capital<br>21925 Network Place<br>Chicago, IL 60673-1219 | Motion Picture Licensing Corp.<br>5140 W Goldleaf Circle, Suite 103<br>Los Angeles, CA 90056-3226 |
| PA Department of Revenue<br>Bureau of Compliance-Bankruptcy<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | PA Office of Attorney General<br>Financial Enforcement Section<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120-0001 | PPL Electric Utilities<br>P.O. Box 25222<br>Lehigh Valley, PA 18002-5222 |
| Roberts Oxygen<br>P.O. Box 5509<br>Rockville, MD 20855-0509 | Ross McCracken<br>327 Cambridge Lane<br>Lititz, PA 17543-1364 | Schoffstall Associates<br>5790 Devonshire Road<br>Harrisburg, PA 17112-3508 |
| Securities & Exchange Commission<br>100 Pearl Street, Suite 20-100<br>New York, NY 10004-6024 | Small Business Administration<br>Office of General Counsel<br>409 3rd Street, SW<br>Washington, DC 20416-0011 | Small Business Administration<br>P.O. Box 3918<br>Portland, OR 97208-3918 |
| SML Outdoor Living Experts<br>4075 Linglestown Road, #366<br>Harrisburg, PA 17112-1020 | Suzanne Conaboy Scanlon, Esquire<br>Middle District of PA<br>P.O. Box 309<br>Scranton, PA 18501-0309 | Targeted Lease Capital LLC<br>5500 Main Street, Suite 300<br>Williamsville, NY 14221-6753 |
| Tucker Arensburg<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 | U.S. Department of Justice<br>P.O. Box 277<br>Ben Franklin Station<br>Washington, DC 20044-0277 | UGI Utiltiies Inc.<br>Credit & Collections<br>P.O. Box 13009<br>Reading, PA 19612-3009 |
| United States Attorney<br>Sylvia H. Rambo US Courthouse<br>1501 N 6th Street<br>Harrisburg, PA 17102-1104 | United States Trustee<br>Sylvia H. Rambo US Courthouse<br>1501 N 6th Street<br>Harrisburg, PA 17102-1104 | Waterloo Container Company<br>2311 Route 414<br>P.O. Box 262<br>Waterloo, NY 13165-0262 |
| Welch Foods Inc.<br>1 Citizens Drive<br>Riverside, RI 02915-3026 | White Labs<br>9495 Candida Street<br>San Diego, CA 92126-4541 | |