IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:24-bk-01219-HWV |
| SCHOFFSTALL FARM, LLC | : | |
| d/b/a Spring Gate Winery | : | Chapter 11 |
| d/b//a Spring Gate Brewery | : | Subchapter V |
| a/k/a Spring Gate Vineyard | : | |
| a/k/a Spring Gate | : | |
| | : | |
| Debtor | : | |

## DEBTOR'S MOTION FOR APPROVAL FOR DEBTOR
## TO PAY PRE-PETITION PAYROLL

The Motion of Schoffstall Farm, LLC d/b/a Spring Gate Winery, d/b/a Spring Gate Brewery, a/k/a Spring Gate Vineyard, a/k/a Spring Gate ("Debtor"), by and through its attorneys, Cunningham, Chernicoff & Warshawsky, P.C., for Approval for Debtor to Pay Pre-Petition Payroll is as follows:

1. On May 14, 2024, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Code"). As a result thereof, the Debtor has been appointed as a Debtor-in-Possession and operates its business and manages its assets.

2. The Debtor is a Pennsylvania limited liability company engaged in the business of operating a winery, restaurant, entertainment venue and related facilities (the "Business").

3. The Debtor currently has approximately thirty-five (35) employees. These employees are needed to provide Debtor's services to its customers.

4. The Debtor makes its payroll on a bi-weekly basis. The amount of each gross payroll, including payroll taxes, is approximately $60,000.00.

5. The next payroll of the Debtor is to be paid on May 24, 2024. Such payroll covers the period through and including May 6, 2024 through May 19, 2024.

6. The payroll to be paid by the Debtor on May 24, 2024, includes a pre-Petition period of time.

7. No single employee will receive a paycheck in excess of $12,475.00.

8. It is essential that the Debtor continue to maintain its employees so that the Debtor may provide its services to its customers. In the event that the Debtor is not permitted to make its payroll, the Debtor's employees may terminate their employment therefore causing the Debtor to be unable to provide services to its customers.

9. In the event that the Debtor cannot provide services to its customers, such customers will be greatly harmed, the Debtor's business will suffer and the Debtor's efforts to successfully reorganize will be harmed.

10. The Debtor believes it will be able to successfully reorganize.

**WHEREFORE**, Schoffstall Farm, LLC, the above-named Debtor, respectfully requests that this Honorable Court enter an Order permitting the Debtor to make its next scheduled payrolls and payroll taxes and charges, notwithstanding the fact that such payrolls would include a pre-Petition period of time.

    Respectfully submitted:

    CUNNINGHAM, CHERNICOFF
    & WARSHAWSKY, P.C.

    By: /s/ Robert E. Chernicoff
        Robert E. Chernicoff, Esquire
        Attorney I.D. No. 23380
        2320 North Second Street
        P. O. Box 60457
        Harrisburg, PA 17106-0457
        (717) 238-6570

Date: May 16, 2024