IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:24-bk-01219-HWV |
|    SCHOFFSTALL FARM, LLC | : | |
|    d/b/a Spring Gate Winery | : | Chapter 11 |
|    d/b//a Spring Gate Brewery | : |    Subchapter V |
|    a/k/a Spring Gate Vineyard | : | |
|    a/k/a Spring Gate | : | |
| | : | |
|         Debtor | : | |

**ORDER**

The Motion of the Debtor, Schoffstall Farm, LLC d/b/a Spring Gate Winery, d/b/a Spring Gate Brewery, a/k/a Spring Gate Vineyard, a/k/a Spring Gate ("Debtor") for Approval to Pay Pre-Petition Payroll having come before the Court, and the Court having determined that it is in the best interests of the Debtor that the Debtor be allowed to pay its pre-Petition payroll; it is

**HEREBY ORDERED that:**

1. The Motion is approved. All capitalized terms not defined herein shall have the same definition as in the Motion.

2. The Debtor is permitted to pay its payrolls, notwithstanding the inclusion of a pre-Petition period of time in such payroll. No one such payment to an employee shall exceed and shall be subject to the maximum amount set forth in Section 507(a)(4) of the Bankruptcy Code.