IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. |
|   SCHOFFSTALL FARM, LLC | : | |
|   d/b/a Spring Gate Winery | : | Chapter 11 |
|   a/k/a Spring Gate Brewery | : |     Subchapter V |
| | : | |
| Debtor | | |

## CERTIFICATE OF SERVICE

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on May 16, 2024, true and correct copy of the attached **MOTION FOR APPROVAL FOR DEBTOR TO PAY PRE-PETITION PAYROLL** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, unless otherwise noted, as follows:

Joseph P. Schalk, Esquire
Office of the United States Trustee
Middle District of Pennsylvania
1501 North 6th Street, Box 302
Harrisburg, PA 17102

Lisa A. Rynard, Esquire
240 Broad Street
Montoursville, PA 17754

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Fourth & Walnut Streets
Harrisburg, PA 17120

U.S. Attorney
1501 North 6th Street
Harrisburg, PA 17102

U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Securities Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

Small Business Administration
Attn: Office of General Counsel
409 3rd Street, S.W.
Washington, DC 20416

Robert W. Williamson
Small Business Administration
660 American Avenue, Suite 301
King of Prussia, PA 19406
Harrison F. Shipp, VP
Fulton Bank
212 Locust Street, 6th Floor
Harrisburg, PA 17101
(hshipp@fultonbank.com)

| | |
|---|---|
| PA Department of Revenue<br>Bureau of Compliance<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | CNH Industrial Capital America<br>500 Diller Avenue<br>New Holland, PA 17557<br>(866 585 0286 – facsimile) |
| Suzanne Conaboy Scanlon<br>AUSA Middle District of Pennsylvania<br>235 N Washington Avenue<br>P.O. Box 309<br>Scranton, PA 18501 | Leaf Capital Funding<br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103<br>(267 675 5750 – facsimile) |
| Steven J. Adams, Esquire<br>Stevens & Lee<br>111 N. Sixth Street<br>Reading, PA 19601<br>(sja@stevenslee.com)<br>(Horizon Farm Credit) | |

                                         s/ *Joanne M Bartley*
                                         Joanne M. Bartley
                                         Assistant to Robert E. Chernicoff, Esquire