UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
SCHOFFSTALL FARM, LLC : SUB CHAPTER V
 :
        **Debtor** : CASE NO. 1-24-01219-HWV

## NOTICE

NOTICE OF OPPRTUNITY TO OBJECT AND HEARING:

Pursuant to Local Rule 2002-1(a), the Court will consider this Motion to Authorize Post-Petition Retainer without further notice or hearing unless a party in interest files an objection/response on or before June 5, 2024. If you object to the relief requested, you must file your objection/response with the Clerk of Bankruptcy Court, U.S. Bankruptcy Court, U.S. Courthouse, 1501 North 6th Street, Harrisburg, PA 17102 and serve a copy on the Sub Chapter V Trustee.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court may deem the Motion unopposed and proceed to consider the Motion without further notice or hearing and may grant the relief requested.

                                        Lisa A. Rynard, Esquire
                                        Sub Chapter V Trustee
                                        240 Broad Street
                                        Montoursville, PA 17754
                                        (570) 505-3289
                                        larynard@larynardlaw.com

Dated: May 16, 2024