UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| SCHOFFSTALL FARM, LLC | : SUB CHAPTER V |
| | : |
| Debtor | : CASE NO. 1-24-01219-HWV |

## ORDER

Upon consideration of the Motion to Authorize Post-Petition Retainer,

IT IS HEREBY ORDERED AND DECREED that the Motion is approved and Debtor shall: 1) add a line item of Five Hundred ($500.00) Dollars per month into its budget beginning June 15, 2024 through to and including the month of confirmation; and; 2) submit the sum of Five Hundred ($500.00) Dollars per month, beginning June 15, 2024, to the Sub Chapter V Trustee, to be held in an escrow account of the Sub Chapter Trustee, until such time as compensation is awarded or denied the Sub Chapter V Trustee.