UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
SCHOFFSTALL FARM, LLC : SUB CHAPTER V
:
          Debtor : CASE NO. 1-24-01219-HWV

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the Notice to Creditors and Other Parties In Interest of the Motion to Authorize Post-Petition Retainer was served on the following parties in this manner:

| Name and Address | Mode of Service |
|---|---|
| All creditors and parties as listed on the attached Mailing Matrix | Regular First Class Mail Postage Pre-paid |

Date: May 16, 2024
By: /s/ Lisa A. Rynard
    Lisa A. Rynard, Esquire
    240 Broad Street
    Montoursville, PA 17754
    (570) 505-3289
    larynard@larynardlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:24-bk-01219-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Wed May 15 13:58:20 EDT 2024 | Schoffstall Farm, LLC<br>5790 Devonshire Road<br>Harrisburg, PA 17112-3508 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 |
| 21 Brix Winery<br>6654 WEst Main Road<br>Portland, NY 14769-9621 | Ally Financial<br>P.O. Box 380902<br>Minneapolis, MN 55438-0902 | AmeriGas Propane LP<br>P.O. Box 371473<br>Pittsburgh, PA 15250-7473 |
| Anne Marie Laban, Tax Collector<br>4919-C Jonestown Road<br>Harrisburg, PA 17109-1758 | Arcona Road Properties II, LP<br>322 N Arch Street<br>Lancaster, PA 17603-2991 | BMI<br>250 Greenwich Street<br>New York, NY 10007-2140 |
| Brenda Pickney<br>4422 Pinewood Court<br>Harrisburg, PA 17112-1572 | Bruce McCracken<br>3064 Bricker Road<br>Manheim, PA 17545-9644 | Buckeye Corrugated Inc.<br>P.O. Box 412203<br>Boston, MA 02241-2203 |
| Bureau of Employer Tax Operations<br>Labor & Industry Building<br>651 Boas Street, Room 702<br>Harrisburg, PA 17106 | CNH Industrial Capital America<br>500 Diller Avenue<br>New Holland, PA 17557-9301 | CNH Industrial Capital America<br>P.O. Box 71264<br>Philadelphia, PA 19176-6264 |
| Cathy GoLightly<br>615 Wynnewood Road<br>Ardmore, PA 19003-2924 | Central Leasing<br>1400 Preston Road<br>Suite 115<br>Plano, TX 75093-5159 | (p)CHANNEL PARTNERS CAPITAL LLC<br>ATTN LEGAL DEPARTMENT<br>1111 E COLLEGE DRIVE SUITE 200<br>MARSHALL MN 56258-1968 |
| Charter Homes<br>322 N Arch Street<br>Lancaster, PA 17603-2991 | Country Malt<br>P.O. Box 51602<br>Los Angeles, CA 90051-5902 | DLL Finance LLC<br>P.O. Box 14535<br>Des Moines, IA 50306-3535 |
| David Krenkle<br>1380 James Way<br>Mt. Joy, PA 17552-7263 | Diane Schoffstall<br>5790 Devonshire Road<br>Harrisburg, PA 17112-3508 | Evan Schoffstall<br>304 S 31st Street<br>Harrisburg, PA 17109-5701 |
| Fulton Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | HBK CPA's & Consultants<br>200 N Warner Road, #210<br>King of Prussia, PA 19406-2842 | Home Depot<br>P.O. Box 790420<br>Saint Louis, MO 63179-0420 |
| Horizon Farm Credit<br>15 Eby Chiques Road<br>Mount Joy, PA 17552-9317 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John King<br>85 Beattys Tollgate Road<br>Marietta, PA 17547-9301 |

| | | |
|---|---|---|
| Leaf Capital Funding<br>P.O. Box 5066<br>Hartford, CT 06102-5066 | Linde Gas and Equipment<br>P.O. Box 382000<br>Pittsburgh, PA 15250-0001 | Lower Paxton Township Authority<br>5993 Locust Lane<br>Harrisburg, PA 17109-5629 |
| Martin L. Schoffstall<br>5790 Devonshire Road<br>Harrisburg, PA 17112-3508 | Martin L. Schoffstall<br>Childrens Trust<br>5790 Devonshire Road<br>Harrisburg, PA 17112-3508 | Marvin Schoffstall<br>55 Presidents Drive<br>Mechanicsburg, PA 17050-7958 |
| Mitsubishi Capital<br>21925 Network Place<br>Chicago, IL 60673-1219 | Motion Picture Licensing Corp<br>5140 W Goldleaf Circle, Suite 103<br>Los Angeles, CA 90056-3226 | (p)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 |
| Office of the United States Trustee<br>1501 North 6th Street<br>Harrisburg, PA 17102-1104 | PA Department of Revenue<br>Bureau of Compliance - Bankruptcy<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | PPL Electric Utilities<br>P.O. Box 25222<br>Lehigh Valley, PA 18002-5222 |
| Roberts Oxygen<br>P.O. Box 5509<br>Rockville, MD 20855-0509 | Ross McCracken<br>327 Cambridge Lane<br>Lititz, PA 17543-1364 | SML Outdoor Living Experts<br>4075 Linglestown Road, #366<br>Harrisburg, PA 17112-1020 |
| Schoffstall Associates<br>5790 Devonshire Road<br>Harrisburg, PA 17112-3508 | Securities & Exchange Commission<br>100 Pearl Street, Suite 20-100<br>New York, NY 10004-6024 | Small Business Administration<br>Office of General Counsel<br>409 3rd Street, SW<br>Washington, DC 20416-0011 |
| Small Business Administration<br>P.O. Box 3918<br>Portland, OR 97208-3918 | Suzanne Conaboy Scanlon, Esquire<br>Middle District of Pennsylvania<br>P.O. Box 309<br>Scranton, PA 18501-0309 | Targeted Lease Capital LLC<br>5500 Main Street<br>Suite 300<br>Williamsville, NY 14221-6753 |
| Tucker Arensburg<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 | U.S. Department of Justice<br>P.O. Box 277<br>Ben Franklin Station<br>Washington, DC 20044-0277 | (p)UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 |
| United States Attorney<br>The Sylvia H. Rambo U.S. Courthouse<br>1501 North 6th Street<br>Harrisburg, PA 17102-1104 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | Waterloo Container Company<br>2311 Route 414<br>P.O. Box 262<br>Waterloo, NY 13165-0262 |
| Welch Foods Inc.<br>1 Citizens Drive<br>Riverside, RI 02915-3026 | White Labs<br>9495 Candida Street<br>San Diego, CA 92126-4541 | Lisa Ann Rynard<br>Law Office of Lisa A. Rynard<br>(Trustee)<br>240 Broad Street<br>Montoursville, PA 17754-2282 |

Robert E Chernicoff
Cunningham and Chernicoff PC
2320 North Second Street
Harrisburg, PA 17110-1008

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Channel Partners
10900 Wayzata Blvd
Suite 300
Minnetonnka, MN 55305

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Harrisburg, PA 17120

UGI Utilities
P.O. Box 15523
Wilmington, DE 19886-5523

End of Label Matrix
Mailable recipients    60
Bypassed recipients     0
Total                  60