# Notice Recipients

District/Off: 0314–1        User: AutoDocketer        Date Created: 5/17/2024
Case: 1:24–bk–01219–HWV     Form ID: nthrgreq         Total: 2

**Recipients of Notice of Electronic Filing:**
tr    Lisa Ann Rynard    larynard@larynardlaw.com
aty    Robert E Chernicoff    rec@cclawpc.com

TOTAL: 2