IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. No. 1:24-bk-01219-HWV |
| SCHOFFSTALL FARM, LLC | : | |
| d/b/a Spring Gate Winery | : | Chapter 11 |
| a/k/a Spring Gate Brewery | : | Subchapter V |
| | : | |
| Debtor | : | |

## VERIFICATION AND STATEMENT OF DISINTERESTEDNESS OF ROBERT E. CHERNICOFF, ESQUIRE PURSUANT TO FED.R.BANKR.P. 2014, IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF COUNSEL FOR DEBTOR

I, Robert E. Chernicoff, Esquire, make the following verified statements:

1. I am a shareholder of Cunningham, Chernicoff & Warshawsky, P.C. ("CC&W").

2. CC&W has no connection to any party in the above-referenced Chapter 11 case, including without limitation to the Debtor, its creditors, or any other parties in interest.

3. CC&W is not a creditor to the Debtor. CC&W is disinterested.

4. The undersigned is not aware of any conflict or potential conflict relating to the employment of itself as to the legal representation in this case. The undersigned has no connection to any other party in the above-referenced Chapter 11 case, including without limitation to the Debtor, its creditors, any other parties in interest, the United States Trustee, or any other person employed in the office of the United State Trustee, or any other party with actual or potential interest in this Chapter 11 case or their respective attorneys, accountants or financial advisors.

5. CC&W began meeting with the principal of the Debtor in March, 2024, with respect to the financial problems of the Debtor. CC&W has been working with the Debtor concerning its financial problems and creditors since such date. Prior to the Petition, CC&W also prepared various filings for the bankruptcy case. CC&W is fully paid for such services.

6. I understand that monetary compensation to CC&W for fees and expenses incurred in this case may be subject to further approval of this Court, after appropriate notice.

The factual statements set forth in this Verification have been made based on a personal review by me and our staff to the list of insiders and creditors of Schoffstall Farm, LLC. This effort did not reveal any potential conflicts.

 s/ Robert E. Chernicoff
Robert E. Chernicoff, Esquire
P.O. Box 60457
Harrisburg, PA 17106-0457
(717) 238-6570

Dated: May 17, 2024