IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. No. 1:24-bk-01219-HWV |
|   SCHOFFSTALL FARM, LLC | : | |
|   d/b/a Spring Gate Winery | : | Chapter 11 |
|   a/k/a Spring Gate Brewery | : |    Subchapter V |
| | : | |
|         Debtor | : | |

**ORDER**

The Application of the Debtor, praying for approval of its employment of Cunningham, Chernicoff & Warshawsky, P.C. as its counsel to represent it as Debtor-in-Possession having come this day before the Court, and it appearing that Cunningham, Chernicoff & Warshawsky, P.C. are attorneys qualified to practice in this Court, and the Court being satisfied that Cunningham, Chernicoff & Warshawsky, P.C. represent no interest adverse to the Debtor, Debtor-in-Possession, or to its estate, in the matters upon which it is engaged, and it appears that the employment of Cunningham, Chernicoff & Warshawsky, P.C. is necessary and would be in the best interests of the estate, and that the case is one justifying a general retainer, it is

**ORDERED** that the employment by the Debtor of Cunningham, Chernicoff & Warshawsky, P.C. attorneys-at-law, to represent it as Debtor-in-Possession, on the terms stated in the Application, in the within proceeding under Chapter 11 of the Bankruptcy Code, is approved, subject to the provisions of 11 U.S.C. §330 and Rule 2016 of the Rules of Bankruptcy Procedure with respect to payment to counsel for services performed.