IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. No. 1:24-bk-01219-HWV |
|   SCHOFFSTALL FARM, LLC | : | |
|   d/b/a Spring Gate Winery | : | Chapter 11 |
|   a/k/a Spring Gate Brewery | : |     Subchapter V |
| | : | |
|         Debtor | : | |

## CERTIFICATE OF SERVICE

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on May 17, 2024, a true and correct copy of the attached **APPLICATION TO EMPLOY COUNSEL** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, unless otherwise noted, as follows:

Joseph P. Schalk, Esquire
Office of the United States Trustee
Middle District of Pennsylvania
1501 North 6th Street, Box 302
Harrisburg, PA 17102

Lisa A. Rynard, Esquire
240 Broad Street
Montoursville, PA 17754

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Fourth & Walnut Streets
Harrisburg, PA 17120

U.S. Attorney
1501 North 6th Street
Harrisburg, PA 17102

U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Securities Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

Small Business Administration
Attn: Office of General Counsel
409 3rd Street, S.W.
Washington, DC 20416

Robert W. Williamson
Small Business Administration
660 American Avenue, Suite 301
King of Prussia, PA 19406
Steven J. Adams, Esquire

Ryann Loftus
Middle District of Pennsylvania
235 N Washington Avenue
P.O. Box 309
Scranton, PA 18501

| | |
|---|---|
| PA Department of Revenue<br>Bureau of Compliance<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA  17128-0946 | Edmond M. George, Esquire<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West, Suite 3400<br>1500 Market Street<br>Philadelphia, PA 19102 |
| Joseph M. Kanfer, Esquire<br>Woolford Kanfer Law, P.C.<br>101 North Pointe Blvd., Suite 200<br>Lancaster, PA 17601 | Michael D. Vagnoni, Esquire<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West, Suite 3400<br>1500 Market Street<br>Philadelphia, PA 19102 |

   s/ *Joanne M Bartley*
Joanne M. Bartley
Assistant to Robert E. Chernicoff, Esquire