# Notice Recipients

District/Off: 0314–1 User: AutoDocketer Date Created: 5/29/2024
Case: 1:24–bk–01219–HWV Form ID: nthrgreq Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Robert E Chernicoff     rec@cclawpc.com

TOTAL: 1