IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| SCHOFFSTALL FARM, LLC | : | No. 1:24-bk-01219-HWV |
| d/b/a Spring Gate Winery | : | |
| d/b//a Spring Gate Brewery | : | Chapter 11 |
| a/k/a Spring Gate Vineyard | : | Subchapter V |
| a/k/a Spring Gate | : | |
| | : | |
| Debtor | : | |

**ORDER GRANTING WITHDRAWAL OF**
**OBJECTION TO CASH COLLATERAL MOTION**

Upon consideration of Creditor Arcona Road Properties II, LP's ("Arcona") *Withdrawal of Objection to Debtor's Motion for Interim Use of Cash Collateral*, and for good cause shown, it is hereby ORDERED that Arcona's Withdrawal of Objection to Debtor's Motion for Interim Use of Cash Collateral be and hereby is APPROVED.

Date: _____  BY THE COURT:

_____
Henry W. Van Eck, Chief Bankruptcy Judge