IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| SCHOFFSTALL FARM, LLC | : | No. 1:24-bk-01219-HWV |
| d/b/a Spring Gate Winery | : | |
| d/b//a Spring Gate Brewery | : | Chapter 11 |
| a/k/a Spring Gate Vineyard | : | Subchapter V |
| a/k/a Spring Gate | : | |
| | : | |
| Debtor | : | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2024, I caused a true and correct copy of the foregoing Objection to be served on the following parties by ECF Notification:

**Robert M Kline, Esq.**
Wright Law Group, PLLC
228 Park Ave S
Pmb 84356
New York, NY 10003-1502
315-234-3593
rmk@replevin.com
*Counsel for Centra Funding, LLC*

**Edmond M. George, Esq.**
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street
Suite 3400
Philadelphia, PA 19102
215-665-3140
edmond.george@obermayer.com
*Counsel for Fulton Bank*

**Michael Vagnoni, Esq.**
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101
215-665-3066
michael.vagnoni@obermayer.com
*Counsel for Fulton Bank*

**Kimberly A Bonner, Esq.**
JSDC Law Offices
11 East Chocolate Ave, Suite 300
Hershey, PA 17033
717-533-3280
kab@jsdc.com
*Counsel for Horizon Farm Credit, ACA*

**Robert E Chernicoff, Esq.**
Cunningham and Chernicoff PC
2320 North Second Street
Harrisburg, PA 17110
717 238-6570
717 238-4809 (fax)
rec@cclawpc.com
*Counsel for Debtor*

**Suzanne P. Conaboy, Esq.**
US Attorney's Office
235 N. Washington Avenue
Suite 311
Scranton, PA 18503
570-348-2829
Suzanne.Scanlon@usdoj.gov
*Counsel for Small Business Administration*

**Ryann D. Loftus, Esq.**
DOJ-USAO
235 N. Washington Ave.
Suite 311
Scranton, PA 18501
570-207-2853
ryann.loftus@usdoj.gov
*Counsel for Small Business Administration*

**Evan C. Pappas, Esq.**
300 Corporate Center Drive
Suite 200
Camp Hill, PA 17011
717-234-4121
epappas@tuckerlaw.com
*Counsel for Tucker Arensberg, P.C.*

**Joseph P Schalk, Esq.**
DOJ-Ust
1501 N. 6th Street
Box 302
Harrisburg, PA 17102
717-221-4515
717-221-4554 (fax)
joseph.schalk@usdoj.gov
*Counsel for United States Trustee*

By: /s/ Joseph M. Kanfer
      Joseph M. Kanfer